**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff, ) | | |
| ) | | |
| vs. ) | CAUSE NO. 4:09-CR-10-01-TWP-MGN | |
| ) | | |
| RONALD BAKER ) | | |
|     Defendant ) | | |

## ORDER APPROVING AND ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated November 23, 2010, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of ten (10) months imprisonment with an additional six (6) months added, pursuant to U.S.S.G. 7B1.3(d), for a total sentence of sixteen (16) months, with no term of supervised release to follow.

Date: 12/06/2010

                                                            Hon. Tanya Walton Pratt, Judge
                                                            United States District Court
                                                            Southern District of Indiana

Distribution:

James Warden
United States Attorney's Office
james.warden2@usdoj.gov

Frank Campisano
frank@campisanolawoffice.com

U.S. Marshal

U.S. Probation Office